IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW HOPKINS,  )<br>  )<br>        Plaintiff,  )<br>  )<br>        v.  )<br>  )<br>FERRO CORPORATION, PETER T.  )<br>THOMAS, DAVID A. LORBER,  )<br>ANDREW M, ROSS, ALLEN A. SPIZZO,  )<br>MARRAN OGILVIE and RONALD P.  )<br>VARGO,  )<br>  )<br>        Defendants.  ) | Case No. 2:21-cv-03775-JMG |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  September 10, 2021

                                        **GRABAR LAW OFFICE**

                          By:  _/s/ Joshua H. Grabar_
                                        Joshua H. Grabar (#82525)
                                        One Liberty Place
                                        1650 Market Street, Suite 3600
                                        Philadelphia, PA 19103
                                        267-507-6085
                                        jgrabar@grabarlaw.com

                                        *Counsel for Plaintiff*